**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Westech Capital Corp.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **fka Tejas, Inc.** |
| 3. | Debtor's federal Employer Identification Number (EIN) | __1__ __3__ – __3__ __5__ __7__ __7__ __7__ __1__ __6__ |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **13501 Galleria Circle** | **c/o Stephen A. Roberts** |
| Number    Street | Number    Street |
| **Suite W-240** | **Strasburger & Price, LLP** |
| | P.O. Box |
| | **720 Brazos, Suite 700** |
| **Austin**          **TX**    **78738** | **Austin**          **TX**    **78701** |
| City                State   ZIP Code | City                State   ZIP Code |
| **Travis** | Location of principal assets, if different from principal place of business |
| County | |
| | **Uncle Bob's Storage** |
| | Number    Street |
| | **9706 Manchaca** |
| | **Austin**          **TX**    **78748** |
| | City                State   ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

03/14/2016 10:38:33am

Debtor  **Westech Capital Corp.** _____  Case number (if known) _____

**7.  Describe debtor's business**

A.  *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B.  *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/

____  ____  ____  ____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11.  *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____  When _____  Case number _____
MM / DD / YYYY

District _____  When _____  Case number _____
MM / DD / YYYY

District _____  When _____  Case number _____
MM / DD / YYYY

Debtor __**Westech Capital Corp.**_____     Case number (if known) _____

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br><br>☐ Yes. Debtor _____  Relationship _____<br><br>District _____  When _____<br><br>Case number, if known _____  MM / DD / YYYY<br><br>Debtor _____  Relationship _____<br><br>District _____  When _____<br><br>Case number, if known _____  MM / DD / YYYY |
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?**   *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?**  _____<br>Number    Street<br><br>_____<br><br>_____<br>City    State    ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br>☐ Yes. Insurance agency _____<br><br>Contact name _____<br><br>Phone _____ |

███ **Statistical and adminstrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br><br>☑ Funds will be available for distribution to unsecured creditors.<br><br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

Debtor **Westech Capital Corp.** _____  Case number (if known) _____

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ☑ 1-49 ☐ 50-99 ☐ 100-199 ☐ 200-999 | ☐ 1,000-5,000 ☐ 5,001-10,000 ☐ 10,001-25,000 | ☐ 25,001-50,000 ☐ 50,001-100,000 ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000 ☐ $50,001-$100,000 ☐ $100,001-$500,000 ☐ $500,001-$1 million | ☑ $1,000,001-$10 million ☐ $10,000,001-$50 million ☐ $50,000,001-$100 million ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion ☐ $1,000,000,001-$10 billion ☐ $10,000,000,001-$50 billion ☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000 ☐ $50,001-$100,000 ☐ $100,001-$500,000 ☐ $500,001-$1 million | ☑ $1,000,001-$10 million ☐ $10,000,001-$50 million ☐ $50,000,001-$100 million ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion ☐ $1,000,000,001-$10 billion ☐ $10,000,000,001-$50 billion ☐ More than $50 billion |

## Part X:  Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/14/2016**
MM / DD / YYYY

X **/s/ Gary Salamone** _____  **Gary Salamone** _____
Signature of authorized representative of debtor  Printed name

Title **CEO** _____

**18. Signature of attorney**

X **/s/ Stephen A. Roberts** _____  Date **03/14/2016**
Signature of Attorney for Debtor  MM / DD / YYYY

**Stephen A. Roberts**
Printed name

**Strasburger & Price, L.L.P.**
Firm Name

**Suite 700**
Number    Street

**720 Brazos**

**Austin** _____  **TX**  **78701-9929**
City  State  ZIP Code

Contact phone **(512) 499-3600** _____  Email address **stephen.roberts@strasburger.com**

**17019200** _____  **TX**
Bar number  State

**Fill in this information to identify the case:**

Debtor name  **Westech Capital Corp.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Greenberg Traurig, LLP 300 W 6th Street Suite 2020 Austin, TX 78701 | | Attorney Fees | | | | $313,942.00 |
| 2 | Merlin Group Holdings, LLC 101 California Street, Suite 3050 San Francisco, CA 94111 | | Guaranty of Lease | | | | $300,939.00 |
| 3 | NetJets, Inc. 4111 Bridgeway Ave. Columbus, OH 43219 | | Trade Debt | | | | $184,296.00 |
| 4 | Morgan Lewis Bockius LLP 101 Park Avenue New York, NY 10178 | | Professional Fees | | | | $87,943.00 |
| 5 | WilmerHale 60 State Street Boston, MA 02109 | | Attorney Fees | | | | $21,245.00 |

Debtor    **Westech Capital Corp.**                      Case number (if known) _____

        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6   Crowell Mooring 1001 Pennsylvania NW Floor 10 Washington, DC 20004 | | Trade Debt | | | | $16,881.00 |
| 7   Richards Layton & Finger PA 920 King Street Wilmington DE 19801 | | Attorney Fees | | | | $6,362.00 |

03/14/2016 10:38:34am

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Westech Capital Corp.**                                          CASE NO

                                                                                            CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

       The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   3/14/2016 _____          Signature   **/s/ Gary Salamone** _____
                                                                                                      **Gary Salamone**
                                                                                                      **CEO**

Date _____          Signature _____

712 Fifth Avenue, L.P.
c/o Paramount Group, Inc., its agent
1633 Broadway, Suite 1801
New York, NY 10019


A J Waight Jr
Box 44
Willow City TX 78675


Anthony Icenogle
Icenogle & Sullivan, P.L.L.C.
6805 N. Capital of Texas Hwy., Ste 220
Austin, TX 78731


Arch Aplin
c/o Buc-ee's
327 Highway 2004
Lake Jackson TX 77566


Ashley Halder
Roth IRA
Penson Financial Services Inc Custodian
1981 Marcus Ave, 2nd Floor
Lake Success NY 11042


Avery Martin
IRA
Penson Financial Services Inc Custodian
1981 Marcus Ave 2nd Floor
Lake Success NY 11042


Barry Williamson
702 Crystal Creek
Austin TX 78746


Bruce E. Jameson
Corinne Elise Amato
Prickett, Jones & Elliott, P.A.
1310 N. King St.
Wilmington, DE 19801


C. Wilson Shirley III
Savrick, Shumann et al.
The Overlook at Gaines Ranch
4330 Gaines Ranch Loop, Ste 150
Austin, TX 78735

Cede & Co
570 Washington Blvd
Central Delivery Reorg
Jersey City, NJ 07310

Chris Roberts
IRA
Penson Financial Services Inc Custodian
1981 Marcus Ave 2nd Floor
Lake Success NY 11042

Chris Roberts
1800 Lakeshore Dr.
Austin, TX 78746

Craig Biddle
2303 Greenlee Dr.
Austin TX 78703

Crowell Mooring
1001 Pennsylvania NW
Floor 10
Washington, DC 20004

D. Douglas Brothers
Wilmington, DE 19899
1100 Norwood Tower
114 West 7th Street
Austin, TX 78701

Dan Huth
10 Robin Road
Wayne NJ 07470

Daniel H. Byrne
Fritz, Byrne, Head & Harrison, PLLC
98 San Jacinto Blvd., Ste 2000
Austin, TX 78701-4288

Delaware Charter TR
IRA of Heidi Gil Roth
4310 Merrell Rd
Dallas, TX 75229

Eric Steinhafel & Lori Papa Steinhafel
16975 Patricia Lane
Brookfield WI 53005


Greenberg Traurig, LLP
300 W 6th Street
Suite 2020
Austin, TX 78701


Greg Woodby
IRA Rollover
Penson Financial Services Inc Custodian
1981 Marcus Ave 2nd Floor
Lake Success NY 11042

Greg Woodby
Roth IRA
Penson Financial Services Inc Custodian
1981 Marcus Ave 2nd Floor
Lake Success NY 11042

Greg Woodby
3100 Riva Ridge
Austin TX 78746


Harry Friedberg
IRA Rollover
Penson Financial Services Inc Custodian
1981 Marcus Ave 2nd Floor
Lake Success NY 11042

Internal Revenue Service
Centralized Insolvency Office
PO Box 7346
Philadelphia, PA 19101-7346


J. Pete Laney
Law Offices of J. Pete Laney
1122 Colorado St., Ste 111
Austin, TX 78701


James Britton Rodgers
IRA Rollover
Penson Financial Services Inc Custodian
1981 Marcus Ave 2nd Floor
Lake Success NY 11042

Jeffrey D Lavaty
5477 Carter Rd
Lake Mary FL 32746


Jeffrey S Weiss
419 Weymouth Drive
Wyckoff NJ 07481


John Glade
IRA
Penson Financial Services Inc Custodian
1981 Marcus Ave 2nd Floor
Lake Success NY 11042

John Glade
IRA Rollover
Penson Financial Services Inc Custodian
1981 Marcus Ave 2nd Floor
Lake Success NY 11042

John Gorman IV
5404 Maryanna Drive
Austin, TX 78746


John Gorman V Roth IRA
John Gorman IV, Custodian Roth IRA Rollo
5404 Maryanna Drive
Austin, TX 78746


John J Gorman
5404 Maryanna Drive
Austin, TX 78746


John J Gorman IV
Roth IRA #2
5404 Maryanna Drive
Austin, TX 78746


John J Gorman IV
Roth IRA #3
5404 Maryanna Drive
Austin, TX 78746

John Joseph Gorman Exempt TR
5404 Maryanna Drive
Austin, TX 78746


John Rafaek Revocable Trust
5 Columbine Lane
Valley Stream NY 11581


John S Randolph
IRA Rollover
Penson Financial Services Inc Custodian
1981 Marcus Ave., 2nd Floor
Lake Success NY 11042

John S Randolph
5706 Merrywing Circle
Austin TX 78730


John S. Randolph
5706 Merrywing Circle
Austin TX 78730


K. Tyler O'Connell
Landis Rath & Cobb
919 Market Street
Suite 1800
Wilmington, DE 19899

Merlin Group Holdings, LLC
101 California Street, Suite 3050
San Francisco, CA 94111


Michael Fellus and Joshua Fellus
3 Filomena Ct.
Dix Hills NY 11716


Michael J Tannenholtz
250 West 54th St Suite 703
New York NY 11706

Michael Rafael 2008 Trust
5 Columbine Lane
Valley Stream NY 11581


Michael W. McDermott
Suzanne H. Holley
Berger Harris LLP
1105 N. Market St., 11th Floor
Wilmington, DE 19801

Michael Wolf
IRA Rollover
Penson Financial Services Inc Custodian
1981 Marcus Ave 2nd Floor
Lake Success NY 11042

Michael Wolf
201 Lavaca St #412
Austin TX 78701


Michael Wolf
201 Lavaca Street #412
Austin, TX 78701


Morgan Lewis Bockius LLP
101 Park Avenue
New York, NY 10178


Neil B. Glassman
222 Delaware Ave., Ste. 900
Wilmington, DE 19899


NetJets, Inc.
4111 Bridgeway Ave.
Columbus, OH 43219


Odette Fellus
3 Filomena Ct.
Dix Hills NY 11716

Odette Fellus Cust. for Daniel Fellus
UTMA
3 Filomena Ct.
Dix Hills NY 11716


Odette Fellus Cust. for Gabriel Fellus
UTMA
3 Filomena Ct.
Dix Hills NY 11716


Odette Fellus Cust. for Rachael Fellus
UTMA
3 Filomena Ct.
Dix Hills NY 11716


Pershing LLC
PO Box 2050
Jersey City, NJ 07303


RBC Dain Rauscher Inc
510 Marquette Ave
Minneapolis MN 55402


Regions Bank
Lake Point
11500 Bee Caves Road, Suite 150
Austin, TX 78738


Richard J Tanaka &
Kathleen K Tanaka JT TEN
1015 Finnsbury Dr
Roswell GA 30075


Richards Layton & Finger PA
920 King Street
Wilmington DE 19801


Robert Halder
4203 Lakeway Blvd.
Austin, TX 78734

Robert Halder
IRA Rollover
Penson Financial Services Inc Custodian
1981 Marcus Ave., 2nd Floor
Lake Success NY 11042

Robert L Clement
1504 Marshall Lane
Austin TX 78703


Robert W McDonald CUST
Robert W McDnald UV UGMA TX
2110 A Boca Raton Dr Ste 206
Austin TX 78747

Robert W McDonald III CUST
Zachary Clark McDonald UGMA TX
2110 A Boca Raton Dr Ste 206
Austin, TX 78747

Ryleigh Gorman Exempt Trust
5404 Maryanna Drive
Austin TX 78746


Ryleigh H Gorman Roth IRA
John Gorman IV, Custodian Roth IRA Rollo
5404 Maryanna Drive
Austin, TX 78746


Samantha Halder
Roth IRA
Penson Financial Services Inc Custodian
1981 Marcus Ave, 2nd Floor
Lake Success, NY 11042

Samir Shah
272 Blackberry Drive
Stamford CT 06903


Sandy Mayerson & Manuel Mayerson JTTEN
136 E 64th St #11E
New York, NY 10021

Shannon H. Ratliff
Michael L. Navarre
Ratliff Law Firm PLLC
600 Congress Ave., Suite 3100
Austin, TX 78701

Sherleigh Associates Inc Profi Plan
Jack Silver Trustee
920 5th Ave #3B
New York, NY 10021

SNL Securities LP
212 7th St NE
Charlottesville VA 22902-5307

Sophia Halder
Roth IRA
Penson Financial Services Inc Custodian
1981 Marcus Ave 2nd Floor
Lake Success NY 11042

Steven A Audi
147 W 79th St Apt 4D
New York NY 10024

Tara Rafael 2005 Trust
5 Columbine Lane
Valley Stream NY 11581

Terrance Ford
12022 Winwood Lane
Houston TX 77024

The Inglehart Family Trust DTD
William A Inglehart TTE
5404 Maryanna Drive
Austin, TX 78746

Thomas J Alfuth
224 Agusta Way
North Prairie WI 53153

```
Timothy R. Martin
9226 Jollyville Rd #151
Austin TX 78759



Uncle Bob's Storage
9706 Manchaca
Austin, TX 78748



United States Trustee
903 San Jacinto, Suite 230
Austin, TX 78701



William G Clark
7 Fieldview Lane
Califon NJ 07830



WilmerHale
60 State Street
Boston, MA 02109
```

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:                                                        CHAPTER   **11**
**Westech Capital Corp.**


DEBTOR(S)                                                   CASE NO


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| A J Waight Jr<br>Box 44<br>Willow City TX 78675 | Common | 1,000 | |
| Arch Aplin<br>c/o Buc-ee's<br>327 Highway 2004<br>Lake Jackson TX 77566 | Series A | 4 | |
| Ashley Halder<br>Roth IRA<br>Penson Financial Services Inc Custodian<br>1981 Marcus Ave, 2nd Floor<br>Lake Success NY 11042 | Series A | 1 | |
| Avery Martin<br>IRA<br>Penson Financial Services Inc Custodian<br>1981 Marcus Ave 2nd Floor<br>Lake Success NY 11042 | Series A | 8 | |
| Barry Williamson<br>702 Crystal Creek<br>Austin TX 78746 | Series A | 2 | |
| Cede & Co<br>570 Washington Blvd<br>Central Delivery Reorg<br>Jersey City, NJ 07310 | Common | 2,581,198 | |
| Chris Roberts<br>IRA<br>Penson Financial Services Inc Custodian<br>1981 Marcus Ave 2nd Floor<br>Lake Success NY 11042 | Series A | 1 | |
| Chris Roberts<br>1800 Lakeshore Dr.<br>Austin, TX 78746 | Series A Convertible Notes | 2 Shares | |
| Craig Biddle<br>2303 Greenlee Dr.<br>Austin TX 78703 | Series A Convertible Notes | 4 | |
| Dan Huth<br>10 Robin Road<br>Wayne NJ 07470 | Series A | 1 | |

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:                                              CHAPTER   11

**Westech Capital Corp.**


DEBTOR(S)                                           CASE NO

## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 1*

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Delaware Charter TR<br>IRA of Heidi Gil Roth<br>4310 Merrell Rd<br>Dallas, TX 75229 | Common | 20 | |
| Eric Steinhafel & Lori Papa Steinhafel<br>16975 Patricia Lane<br>Brookfield WI 53005 | Common | 500 | |
| Greg Woodby<br>IRA Rollover<br>Penson Financial Services Inc Custodian<br>1981 Marcus Ave 2nd Floor<br>Lake Success NY 11042 | Series A | 1 | |
| Greg Woodby<br>Roth IRA<br>Penson Financial Services Inc Custodian<br>1981 Marcus Ave 2nd Floor<br>Lake Success NY 11042 | Series A | 2 | |
| Greg Woodby<br>3100 Riva Ridge<br>Austin TX 78746 | Series A | 3 | |
| Harry Friedberg<br>IRA Rollover<br>Penson Financial Services Inc Custodian<br>1981 Marcus Ave 2nd Floor<br>Lake Success NY 11042 | Series A | 1 | |
| James Britton Rodgers<br>IRA Rollover<br>Penson Financial Services Inc Custodian<br>1981 Marcus Ave 2nd Floor<br>Lake Success NY 11042 | Series A | 1 | |
| Jeffrey D Lavaty<br>5477 Carter Rd<br>Lake Mary FL 32746 | Common | 40 | |
| Jeffrey S Weiss<br>419 Weymouth Drive<br>Wyckoff NJ 07481 | Series A | 1 | |
| John Glade<br>IRA<br>Penson Financial Services Inc Custodian | Series A | 1 | |

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

IN RE:             CHAPTER **11**

**Westech Capital Corp.**


DEBTOR(S)          CASE NO


# <u>LIST OF EQUITY SECURITY HOLDERS</u>

*Continuation Sheet No. 2*

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| 1981 Marcus Ave 2nd Floor<br>Lake Success NY 11042 | | | |
| John Glade<br>IRA Rollover<br>Penson Financial Services Inc Custodian<br>1981 Marcus Ave 2nd Floor<br>Lake Success NY 11042 | Series A | 1 | |
| John Gorman IV<br>5404 Maryanna Drive<br>Austin, TX 78746 | Series A | 105 | |
| John Gorman V Roth IRA<br>John Gorman IV, Custodian Roth IRA Rollo<br>5404 Maryanna Drive<br>Austin, TX 78746 | Series A | 28 | |
| John J Gorman<br>5404 Maryanna Drive<br>Austin, TX 78746 | Common | 49,650 | |
| John J Gorman IV<br>Roth IRA #2<br>5404 Maryanna Drive<br>Austin, TX 78746 | Series A | 10 | |
| John J Gorman IV<br>Roth IRA #3<br>5404 Maryanna Drive<br>Austin, TX 78746 | Series A | 2 | |
| John Joseph Gorman Exempt TR<br>5404 Maryanna Drive<br>Austin, TX 78746 | Common | 683,569 | |
| John Rafaek Revocable Trust<br>5 Columbine Lane<br>Valley Stream NY 11581 | Series A | 2 | |
| John S Randolph<br>IRA Rollover<br>Penson Financial Services Inc Custodian<br>1981 Marcus Ave., 2nd Floor<br>Lake Success NY 11042 | Series A | 2 | |
| John S Randolph<br>5706 Merrywing Circle<br>Austin TX 78730 | Series A | 5 | |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:                                                    CHAPTER   **11**

**Westech Capital Corp.**


DEBTOR(S)                                              CASE NO


# LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 3*

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| John S. Randolph<br>5706 Merrywing Circle<br>Austin TX 78730 | Series A Convertible Notes | 5 Shares | |
| Michael Fellus and Joshua Fellus<br>3 Filomena Ct.<br>Dix Hills NY 11716 | Series A Convertible Notes | 8 | |
| Michael J Tannenholtz<br>250 West 54th St Suite 703<br>New York NY 11706 | Common | 656.7 | |
| Michael Rafael 2008 Trust<br>5 Columbine Lane<br>Valley Stream NY 11581 | Series A | 1 | |
| Michael Wolf<br>IRA Rollover<br>Penson Financial Services Inc Custodian<br>1981 Marcus Ave 2nd Floor<br>Lake Success NY 11042 | Series A | 4 | |
| Michael Wolf<br>201 Lavaca St #412<br>Austin TX 78701 | Series A | 2 | |
| Michael Wolf<br>201 Lavaca Street #412<br>Austin, TX 78701 | Series A Convertible Notes | 6 Shares | |
| Odette Fellus<br>3 Filomena Ct.<br>Dix Hills NY 11716 | Series A | 4 | |
| Odette Fellus Cust. for Daniel Fellus UTMA<br>3 Filomena Ct.<br>Dix Hills NY 11716 | Series A | 4 | |
| Odette Fellus Cust. for Gabriel Fellus UTMA<br>3 Filomena Ct.<br>Dix Hills NY 11716 | Series A | 4 | |
| Odette Fellus Cust. for Rachael Fellus UTMA<br>3 Filomena Ct.<br>Dix Hills NY 11716 | Series A | 4 | |

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:                                                    CHAPTER    11

**Westech Capital Corp.**


DEBTOR(S)                                                 CASE NO


# LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 4*

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Pershing LLC<br>PO Box 2050<br>Jersey City, NJ 07303 | Common | .7 | |
| RBC Dain Rauscher Inc<br>510 Marquette Ave<br>Minneapolis MN 55402 | Common | .7 | |
| Richard J Tanaka &<br>Kathleen K Tanaka JT TEN<br>1015 Finnsbury Dr<br>Roswell GA 30075 | Common | 10 | |
| Robert Halder<br>IRA Rollover<br>Penson Financial Services Inc Custodian<br>1981 Marcus Ave., 2nd Floor<br>Lake Success NY 11042 | Series A | 2 | |
| Robert Halder<br>4203 Lakeway Blvd.<br>Austin, TX 78734 | Series A Convertible Note | 4 Shares | |
| Robert L Clement<br>1504 Marshall Lane<br>Austin TX 78703 | Common | 7,000 | |
| Robert W McDonald CUST<br>Robert W McDnald UV UGMA TX<br>2110 A Boca Raton Dr Ste 206<br>Austin TX 78747 | Common | 10 | |
| Robert W McDonald III CUST<br>Zachary Clark McDonald UGMA TX<br>2110 A Boca Raton Dr Ste 206<br>Austin, TX 78747 | Common | 10 | |
| Ryleigh Gorman Exempt Trust<br>5404 Maryanna Drive<br>Austin TX 78746 | Common | 683,569 | |
| Ryleigh H Gorman Roth IRA<br>John Gorman IV, Custodian Roth IRA Rollo<br>5404 Maryanna Drive<br>Austin, TX 78746 | Series A | 28 | |
| Samantha Halder<br>Roth IRA | Series A | 1 | |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:                                                          CHAPTER   **11**

**Westech Capital Corp.**


DEBTOR(S)                                                      CASE NO


# LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 5*

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Penson Financial Services Inc Custodian 1981 Marcus Ave, 2nd Floor Lake Success, NY 11042 | | | |
| Samir Shah 272 Blackberry Drive Stamford CT 06903 | Series A | 4 | |
| Sandy Mayerson & Manuel Mayerson JTTEN 136 E 64th St #11E New York, NY 10021 | Common | 1,500 | |
| Sherleigh Associates Inc Profi Plan Jack Silver Trustee 920 5th Ave #3B New York, NY 10021 | Common | 986 | |
| SNL Securities LP 212 7th St NE Charlottesville VA 22902-5307 | Common | 2 | |
| Sophia Halder Roth IRA Penson Financial Services Inc Custodian 1981 Marcus Ave 2nd Floor Lake Success NY 11042 | Series A | 1 | |
| Steven A Audi 147 W 79th St Apt 4D New York NY 10024 | Common | 1,000 | |
| Tara Rafael 2005 Trust 5 Columbine Lane Valley Stream NY 11581 | Series A | 1 | |
| Terrance Ford 12022 Winwood Lane Houston TX 77024 | Series A | 10 | |
| The Inglehart Family Trust DTD William A Inglehart TTE 5404 Maryanna Drive Austin, TX 78746 | Common | 20,000 | |
| Thomas J Alfuth 224 Agusta Way North Prairie WI 53153 | Common | 1,000 | |

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:                                            CHAPTER   **11**

**Westech Capital Corp.**


DEBTOR(S)                                         CASE NO


# LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 6*

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Timothy R. Martin 9226 Jollyville Rd #151 Austin TX 78759 | Series A | 1 | |
| William G Clark 7 Fieldview Lane Califon NJ 07830 | Series A | 16 | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**CEO**_____ of the _____**Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:__**3/14/2016**_____         Signature:__**/s/ Gary Salamone**_____

                                                         **Gary Salamone**
                                                         **CEO**