### Fill in this information to identify the case

Debtor name **Westech Capital Corp.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **16-10300**
(if known)

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**

    **Current value of debtor's interest**

2.  **Cash on hand**    _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Regions Bank** | **Operating** | **7  9  5  5** | **$281,074.73** |

4.  **Other cash equivalents**    *(Identify all)*

    Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    **$281,074.73**

### Part 2:   Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

    ☐ No. Go to Part 3.
    ☑ Yes. Fill in the information below.

| Debtor | **Westech Capital Corp.** | Case number (if known) | **16-10300** |
|---|---|---|---|
| | Name | | |

**Current value of debtor's interest**

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| 8.1. | **Prepaid rent through December 31, 2016 at Uncle Bob's Self-Storage #445** | **$1,962.00** |
|---|---|---|

**9. Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

**$1,962.00**

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes.  Fill in the information below.

**11. Accounts receivable**

| 11a. | 90 days old or less: | **$0.00** | – | **$0.00** | = ············· ➔ | **$0.00** |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | **$0.00** | – | **$0.00** | = ············· ➔ | **$0.00** |
| | | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$0.00**

## Part 4:  Investments

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes.  Fill in the information below.

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Name of entity: | % of ownership: | | |
|---|---|---|---|---|
| 15.1. | **Ownership Interest in Tejas Securities Group Holding Company** | **100%** | | **$0.00** |
| 15.2. | **Partnership interest in TI Building Partnership Ltd.** | **99%** | | **$0.00** |
| 15.3. | **Ownership Interest in Tejas Securities Group** | **100%** | | **$0.00** |
| 15.4. | **Ownership interest in TSBGP, LLC** | **100%** | | **$0.00** |
| 15.5. | **Ownership interest in Clearview Advisors, Inc.** | **100%** | | **$0.00** |

03/28/2016 03:23:06pm

| Debtor | **Westech Capital Corp.** | | Case number (if known) | **16-10300** |
|---|---|---|---|---|
| | Name | | | |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$0.00

---

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**

Add lines 28 through 32.  Copy the total to line 85.

$0.00

Debtor   **Westech Capital Corp.**                                     Case number (if known)  **16-10300**
         Name

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes.  Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.

☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42. Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| $0.00 |
|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 8:  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.

☐ Yes.  Fill in the information below.

| Debtor | **Westech Capital Corp.** | Case number (if known) | **16-10300** |
|---|---|---|---|
| | Name | | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:   Real property**

**54. Does the debtor own or lease any real property?**

☒ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

$0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10:   Intangibles and Intellectual Property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes.  Fill in the information below.

| Debtor | **Westech Capital Corp.** | | Case number (if known) | **16-10300** |
|---|---|---|---|---|
| | Name | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| Domain name: clearviewtrading.com | | | $0.00 |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☒ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 11:  All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes.  Fill in the information below.

Current value of debtor's interest

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| Debtor | **Westech Capital Corp.** | Case number (if known) | **16-10300** |
|---|---|---|---|
| | Name | | |

**Federal NOL:**
**Amount $255,531**
**Value $$89,436**

**NY State and Local NOL:**
**Amount $184,364**
**Value $12,905**

**Federal AMT NOL:**
**Amount $254,767**
**Value $50,593**

**NY State and Local AMT NOL:**
**Amount $184,364**
**Value: 12,905**

**\* The value of the NOLs are maximum values based on a federal income tax rate of 35% and a combined state and local tax rate of 7%.  The values of the AMT NOLs are based on an Alternative Minimum Tax ("AMT") federal rate of 20% and combined state and local rate of 6%.  The benefits of the NOLs and AMT NOLs are not additive and therefore the maximum combined value of the NOLs and AMT NOLs is the value stated for the NOLs.**

| | | |
|---|---|---|
| Tax year | **2011** | **$102,341.00** |

**Federal NOL:**
**Amount $1,627,016**
**Value $ $569,456**

**NY State and Local NOL:**
**Amount $1,659,348**
**Value $116,154**

**Federal AMT NOL:**
**Amount 1,621,818**
**Value $324,364**

**NY State and Local AMT NOL:**
**Amount $1,654,150**
**Value $99,249**

| | | |
|---|---|---|
| Tax year | **2012** | **$685,610.00** |

**Federal NOL:**
**Amount $801,101**
**Value $280,385**

**NY State and Local NOL:**
**Amount $985,418**
**Value $68,979**

**Federal AMT NOL:**
**Amount $794,630**
**Value $158,926**

**NY State and Local AMT NOL:**
**Amount $978,479**
**Value $58,709**

| | | |
|---|---|---|
| Tax year | **2013** | **$349,364.00** |

| Debtor | **Westech Capital Corp.** | Case number (if known) | **16-10300** |
|---|---|---|---|
| | Name | | |

**Federal NOL:**
**Amount $295,479**
**Value $103,421**

**NY State and Local NOL:**
**Amount $292,093**
**Value $20,447**

**Federal AMT NOL:**
**Amount $392,585**
**Value $78,517**

**NY State and Local AMT NOL:**
**Amount $389,199**
**Value 23,352**      Tax year **2014**      **$123,868.00**

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Claims against John Gorman asserted in D-1-GN-16-001103; Westech Capital Corp. v. John J. Gorman, IV; In the District Court of Travis County, Texas**      **Unknown**

| Nature of claim | **Breach of fiduciary duty** |
|---|---|
| Amount requested | **$2,000,000.00** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**Arbitration award against James Fellus in FINRA  Case No. 12-04000, New York, NY**      **$1,092,780.00**

78. **Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.      **$2,353,963.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor     **Westech Capital Corp.**                                                          Case number (if known)   **16-10300**
_____                                              _____
        Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$281,074.73** | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | **$1,962.00** | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| **83.** **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| **86.** **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| **88.** **Real property.** *Copy line 56, Part 9* ............................................. ➜ | | **$0.00** |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + **$2,353,963.00** | |
| **91.** **Total.** Add lines 80 through 90 for each column.   91a. | **$2,636,999.73** | + 91b. **$0.00** |

**92.** **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92 ....................................................................................     **$2,636,999.73**

---

03/28/2016 03:23:06pm

**Fill in this information to identify the case:**

Debtor name    **Westech Capital Corp.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number   **16-10300**
(if known)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☐ Yes.  Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      **$0.00**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Westech Capital Corp.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **16-10300** |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|

| Debtor | **Westech Capital Corp.** | Case number (if known) | **16-10300** |
|---|---|---|---|

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**  Nonpriority creditor's name and mailing address

$16,881.00

**Crowell Mooring**

**1001 Pennsylvania NW**

**Floor 10**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Washington** | **DC** | **20004** |
|---|---|---|

Basis for the claim:
**Attorney Fees**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

**3.2**  Nonpriority creditor's name and mailing address

$0.00

**Gary Salamone**

**25 Carlynn Drive**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| **Fairfield** | **CT** | **06824** |
|---|---|---|

Basis for the claim:
**Indemnity Claim**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

**Indemnity claim in Gorman v. Tejas arbitration**

**3.3**  Nonpriority creditor's name and mailing address

$313,942.00

**Greenberg Traurig, LLP**

**300 W 6th Street**

**Suite 2020**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Austin** | **TX** | **78701** |
|---|---|---|

Basis for the claim:
**Attorney Fees**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

**3.4**  Nonpriority creditor's name and mailing address

$162,938.44

**Merlin Group Holdings, LLC**

**101 California Street, Suite 3050**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

| **San Francisco** | **CA** | **94111** |
|---|---|---|

Basis for the claim:
**Guaranty of Lease**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

Debtor **Westech Capital Corp.**                                Case number (if known) **16-10300**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.5** Nonpriority creditor's name and mailing address

**Morgan Lewis Bockius LLP**

**101 Park Avenue**

**New York          NY     10178**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Professional Fees**

Is the claim subject to offset?
☒ No
☐ Yes

**$87,943.00**

---

**3.6** Nonpriority creditor's name and mailing address

**NetJets Aviation, Inc.**

**4111 Bridgeway Ave.**

**Columbus          OH     43219**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Aircraft leasing**

Is the claim subject to offset?
☒ No
☐ Yes

**$193,568.17**

---

**3.7** Nonpriority creditor's name and mailing address

**Richards Layton & Finger PA**

**920 King Street**

**Wilmington          DE     19801**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorney Fees**

Is the claim subject to offset?
☒ No
☐ Yes

**$6,362.00**

---

**3.8** Nonpriority creditor's name and mailing address

**Robert Halder**

**4203 Lakeway Blvd.**

**Austin          TX     78734**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Judgment**

Is the claim subject to offset?
☒ No
☐ Yes

**$169,598.00**

---

| Debtor | **Westech Capital Corp.** | Case number (if known) | **16-10300** |
|--------|---------------------------|------------------------|--------------|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.9** Nonpriority creditor's name and mailing address

**Robert Halder**

**4203 Lakeway Blvd.**

_____

_____

**Austin**      **TX**    **78734**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Indemnity claim in Gorman v. Tejas arbitration**

**As of the petition filing date, the claim is:**
_Check all that apply._

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
**Indemnity Claim**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Unknown**

---

**3.10** Nonpriority creditor's name and mailing address

**WilmerHale**

**60 State Street**

_____

_____

**Boston**      **MA**    **02109**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Attorney Fees**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$21,245.00**

---

| Debtor | **Westech Capital Corp.** | Case number (if known) | **16-10300** |
|---|---|---|---|

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

4.1 **712 Fifth Avenue, L.P.**
**c/o Paramount Group, Inc., its agent**
**1633 Broadway, Suite 1801**

**New York        NY        10019**

Line _____

☑ Not listed. Explain:
**Notice Only**

___ ___ ___ ___

4.2 **Bruce E. Jameson**
**Corinne Elise Amato**
**Prickett, Jones & Elliott, P.A.**
**1310 N. King St.**
**Wilmington        DE        19801**

**No. 12047; Eric Steinhafel, et al. v. Gary Salamone and Greenberg Traurig, LLP**

Line _____

☑ Not listed. Explain:
**Notice Only**

___ ___ ___ ___

4.3 **C. Wilson Shirley III**
**Savrick, Shumann et al.**
**The Overlook at Gaines Ranch**
**4330 Gaines Ranch Loop, Ste 150**
**Austin        TX        78735**

**03-16-00041-CV; John J. Gorman, IV v. Westech Capital Corp.; In the Third Court of Appeals, Austin, TX**

Line _____

☑ Not listed. Explain:
**Notice Only**

___ ___ ___ ___

4.4 **Charles E. Ticknor, III**
**Jennie K. Ferguson**
**Dinsmore & Shohl, LLP**
**191 W. Nationwide Blvd., Suite 300**
**Columbus        OH        43215**

**Counsel for NetJets Aviation, Inc. and NetJets Sales, Inc.**

Line _____

☑ Not listed. Explain:
**Notice Only**

___ ___ ___ ___

4.5 **D. Douglas Brothers**
**1100 Norwood Tower**
**114 West 7th Street**

**Austin        TX        78701**

**C.A. No. 12047; Eric Steinhafel, et al. v. Gary Salamone and Greenberg Traurig, LLP**

Line _____

☑ Not listed. Explain:
**Notice Only**

___ ___ ___ ___

| Debtor | **Westech Capital Corp.** | Case number (if known) | **16-10300** |
| --- | --- | --- | --- |

---

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
| --- | --- |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

**4.6** **Daniel H. Byrne**
**Fritz, Byrne, Head & Harrison, PLLC**
**98 San Jacinto Blvd., Ste 2000**

**Austin** **TX** **78701-4288**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**D-1-GN-14-003190; Robert Halder v. Westech Capital Corp. and John Gorman**

**4.7** **Internal Revenue Service**
**Centralized Insolvency Office**
**PO Box 7346**

**Philadelphia** **PA** **19101-7346**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.8** **J. Pete Laney**
**Law Offices of J. Pete Laney**
**1122 Colorado St., Ste 111**

**Austin** **TX** **78701**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**D-1-GN-14-003190; Robert Halder v. Westech Capital Corp. and John Gorman**

**4.9** **James Levine**
**Pepper Hamilton LLP**
**Hercules Plaza, Suite 5100**
**1313 N. Market Street**
**Wilmington** **DE** **19899**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.10** **K. Tyler O'Connell**
**Landis Rath & Cobb**
**919 Market Street**
**Suite 1800**
**Wilmington** **DE** **19899**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**No. 11482; Avery Martin, et al. v. Westech Capital Corp.**

**4.11** **Michael W. McDermott**
**Suzanne H. Holley**
**Berger Harris LLP**
**1105 N. Market St., 11th Floor**
**Wilmington** **DE** **19801**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**No. 11482; Avery Martin, et al. v. Westech Capital**

Debtor    **Westech Capital Corp.**        Case number (if known)   **16-10300**

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.12**    **Neil B. Glassman**

**222 Delaware Ave., Ste. 900**

**Wilmington      DE    19899**

**10183-VCN; John J. Gorman, IV v. Salamone, et al.**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

---

**4.13**    **NetJets Sales, Inc.**

**4111 Bridgeway Avenue**

**Columbus      OH    43219**

**Judgment in NetJets Aviation, Inc. v. Westech Capital Corp.; In the Court of Common Pleas, Frankline County, OH**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

---

**4.14**    **Regions Bank**

**Lake Point**

**11500 Bee Caves Road, Suite 150**

**Austin      TX    78738**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

---

**4.15**    **Shannon H. Ratliff**

**Michael L. Navarre**

**Ratliff Law Firm PLLC**

**600 Congress Ave., Suite 3100**

**Austin      TX    78701**

**03-16-00041-CV; John J. Gorman, IV v. Westech Capital Corp.; In the Third Court of Appeals, Austin, TX**
**D-1-GN-13-003220; Tejas Securities Group, Inc. v. Craig Biddle;**
**FINRA 14-00936; John J. Gorman, IV v. Tejas Securities**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

---

**4.16**    **United States Trustee**

**903 San Jacinto, Suite 230**

**Austin      TX    78701**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

Debtor    **Westech Capital Corp.**                                    Case number (if known)  **16-10300**

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | **$0.00** |
| 5b.  **Total claims from Part 2** | 5b. + | **$972,477.61** |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$972,477.61** |

**Fill in this information to identify the case:**

Debtor name **Westech Capital Corp.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **16-10300**     Chapter **11**
(if known)

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

   ☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Storage Facility Contract to be ASSUMED | Uncle Bob's Storage |
|---|---|---|---|
| | | | 9706 Manchaca |
| | **State the term remaining** | | Austin                    TX        78748 |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name **Westech Capital Corp.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **16-10300**
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**
    ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
    ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._**  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | _Check all schedules that apply:_ |

**Schedule H: Codebtors**

**Fill in this information to identify the case:**

Debtor Name **Westech Capital Corp.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): **16-10300**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B..................................................................................... **$0.00**

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B.................................................................................. **$2,636,999.73**

    1c. **Total of all property**
    Copy line 92 from Schedule A/B..................................................................................... **$2,636,999.73**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, at the bottom of page 1 of Schedule D................. **$0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F...................................... **$0.00**

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ **+ $972,477.61**

4. **Total liabilities**
    Lines 2 + 3a + 3b.................................................................................................................. **$972,477.61**

**Fill in this information to identify the case and this filing:**

| | |
|---|---|
| Debtor Name | **Westech Capital Corp.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **16-10300** |

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/28/2016**           X **/s/ Gary Salamone**
      MM / DD / YYYY                   Signature of individual signing on behalf of debtor

                                  **Gary Salamone**
                                  Printed name

                                  **CEO**
                                  Position or relationship to debtor