IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE | § | Case No. 16-10300-tmd |
| | § | |
| WESTECH CAPITAL CORP., | § | Chapter 11 |
| | § | |
| Debtors. | § | Expedited Hearing Requested |
| | § | |

### DEBTOR'S MOTION FOR ENTRY OF
### AGREED ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Westech Capital Corp., ("**Westech**" or "**Debtor**") files this Motion for Entry of Agreed Order Granting Relief from the Automatic Stay ("**Motion**") pursuant to 11 U.S.C. § 362(d)(1), and in support hereof would show as follows:

### SUMMARY

1. Westech seeks the entry of an agreed order lifting the automatic stay to allow the parties to a pending action in the Court of Chancery of the State of Delaware (the "Delaware Chancery Court") to submit an agreed judgment resolving the action and to allow the Delaware Chancery Court to enter the agreed order. The action was initiated by certain shareholders against Westech seeking to require Westech to conduct an annual shareholders meeting and elect a board of directors. Westech has agreed to resolve the lawsuit by entering into an agreed final order and judgment requiring Westech to conduct the shareholder meeting on May 5, 2016.

### BACKGROUND

2. Westech filed a voluntary petition for Chapter 11 bankruptcy relief on March 14, 2016 (the "**Petition Date**"). Westech is a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

**MOTION FOR ENTRY OF ORDER GRANTING RELIEF FROM STAY - PAGE 1**
745702.1/SPA/22777/0101/061510
7799970.2/SP/39446/0102/040416

3. Westech is a holding company for various entities including Tejas Securities, Inc. a registered broker/dealer. Westech was incorporated in 1994 and became a public company in 2001.

4. On September 8, 2015, several stockholders of Westech brought a lawsuit in the Delaware Court Chancery against Westech seeking an order compelling Westech to hold an annual meeting of its stockholders. The lawsuit is styled *Avery Martin, Britt Rodgers, John Glade, and Mike Wolf v. Westech Capital Corp.*, Case No. 11482, in the Court of Chancery of the State of Delaware (the "Lawsuit"). A true and correct copy of the Verified Complaint filed in the Lawsuit is attached as Exhibit A.

5. To resolve the Lawsuit, Westech agreed to a form of final order requiring it to conduct the shareholder meeting on May 5, 2016. Plaintiffs and Westech have agreed to the submission of the Stipulation and [Proposed] Final Order and Judgment, attached as Exhibit B (the "Proposed Agreed Order"), requiring that the annual meeting go forward on May 5, 2016.

## RELIEF REQUESTED

6. Westech requests that this Court enter an order granting relief from the automatic stay, for cause, allowing Plaintiffs and Westech to submit the Proposed Agreed Order and allowing the Delaware Chancery Court to enter an agreed order and judgment in the Lawsuit.

7. Notwithstanding Bankruptcy Rule 4001(a)(3) and in accordance with Local Rules 4001, Westech respectfully request that the hearing on this Motion be a final hearing on the merits and that any order approving this Motion be a final order not subject to a 14-day stay.

8. Section 362(d) of the Bankruptcy Code provides in pertinent part:

On request of a party in interest and after notice and a hearing, the court shall grant relief from the stay provided under subsection (a) of this section, such as by terminating, annulling, modifying, or conditioning such stay—

(1) for cause, including the lack of adequate protection of an interest in property of such party in interest;

11 U.S.C. § 362(d).

9. This Court has broad discretion to lift the automatic stay. See *In re Mirant Corp.*, 440 F.3d 238, 251-52 (5th Cir. 2006). Here cause exists because the relief granted would resolve the Lawsuit against Westech and permit Westech to timely hold its annual shareholder meeting.

10. Notably, the relief requested by Westech and the plaintiff shareholders will facilitate the administration of this Chapter 11 case by settling the Lawsuit and satisfying Westech's statutory obligation to hold an annual meeting to elect directors.

## NOTICE

11. Consistent with Local Rule 9013(d), notice of this Motion has been given to (a) the Chapter 11 trustee; (b) the twenty largest unsecured creditors; (c) the plaintiff shareholders; and (d) all parties that have requested notice under Bankruptcy Rule 2002. In light of the nature of the relief requested, Westech submits that no further notice need be given.

## CONCLUSION

Wherefore, Westech Capital Corporation respectfully requests entry of an order, substantially in the form attached hereto, granting (i) relief from the automatic stay limited to the submission and entry of the agreed order in the Lawsuit.

Respectfully submitted,

*/s/ Stephen A. Roberts*

Stephen A. Roberts
SBN 17019200
STRASBURGER & PRICE, LLP
720 Brazos, Suite 700
Austin, TX 78701
512-499-3624
512-499-3660 Fax
stephen.roberts@strasburger.com

Andrew G. Edson
SBN 24076364
STRASBURGER & PRICE, LLP
901 Main Street, Suite 4400
Dallas, TX, 75202
214-651-2047
214-659-4084
andrew.edson@strasburger.com

**Proposed Bankruptcy Counsel to the Debtor**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via the CM/ECF, and by first class mail, postage prepaid upon the parties listed on the attached service list on April 4, 2016.

*/s/ Andrew G. Edson*
Andrew G. Edson

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 16-10300-tmd<br>Western District of Texas<br>Austin<br>Mon Apr  4 16:32:28 CDT 2016 | Westech Capital Corp.<br>c/o Stephen A. Roberts<br>Strasburger & Price, LLP<br>720 Brazos, Suite 700<br>Austin, TX 78701-2531 | U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 |
| 712 Fifth Avenue, L.P.<br>c/o Paramount Group, Inc., its agent<br>1633 Broadway, Suite 1801<br>New York, NY 10019-6748 | A J Waight Jr<br>Box 44<br>Willow City TX 78675 | Anthony Icenogle<br>Icenogle & Sullivan, P.L.L.C.<br>6805 N. Capital of Texas Hwy., Ste 220<br>Austin, TX 78731-1749 |
| Arch Aplin<br>c/o Buc-ee's<br>327 Highway 2004<br>Lake Jackson TX 77566 | Ashley Halder<br>Roth IRA<br>Penson Financial Services Inc Custodian<br>1981 Marcus Ave, 2nd Floor<br>Lake Success NY 11042-2060 | Avery Martin<br>IRA<br>Penson Financial Services Inc Custodian<br>1981 Marcus Ave 2nd Floor<br>Lake Success NY 11042-2060 |
| Barry Williamson<br>702 Crystal Creek<br>Austin TX 78746-4730 | Bruce E. Jameson<br>Corinne Elise Amato<br>Prickett, Jones & Elliott, P.A.<br>1310 N. King St.<br>Wilmington, DE 19801-3200 | C. Wilson Shirley III<br>Savrick, Shumann et al.<br>The Overlook at Gaines Ranch<br>4330 Gaines Ranch Loop, Ste 150<br>Austin, TX 78735-6758 |
| Cede & Co<br>570 Washington Blvd<br>Central Delivery Reorg<br>Jersey City, NJ 07310-1617 | Chris Roberts<br>1800 Lakeshore Dr.<br>Austin, TX 78746-3716 | Chris Roberts<br>IRA<br>Penson Financial Services Inc Custodian<br>1981 Marcus Ave 2nd Floor<br>Lake Success NY 11042-2060 |
| Craig Biddle<br>2303 Greenlee Dr.<br>Austin TX 78703-1710 | Crowell Mooring<br>1001 Pennsylvania NW<br>Floor 10<br>Washington, DC 20004-2595 | D. Douglas Brothers<br>Wilmington, DE 19899<br>1100 Norwood Tower<br>114 West 7th Street<br>Austin, TX 78701-3000 |
| Dan Huth<br>10 Robin Road<br>Wayne NJ 07470-2724 | Daniel H. Byrne<br>Fritz, Byrne, Head & Harrison, PLLC<br>98 San Jacinto Blvd., Ste 2000<br>Austin, TX 78701-4288 | Delaware Charter TR<br>IRA of Heidi Gil Roth<br>4310 Merrell Rd<br>Dallas, TX 75229-5438 |
| Eric Steinhafel & Lori Papa Steinhafel<br>16975 Patricia Lane<br>Brookfield WI 53005-5585 | Greenberg Traurig, LLP<br>300 W 6th Street<br>Suite 2020<br>Austin, TX 78701-4256 | Greg Woodby<br>3100 Riva Ridge<br>Austin TX 78746-1815 |
| Greg Woodby<br>IRA Rollover<br>Penson Financial Services Inc Custodian<br>1981 Marcus Ave 2nd Floor<br>Lake Success NY 11042-2060 | Greg Woodby<br>Roth IRA<br>Penson Financial Services Inc Custodian<br>1981 Marcus Ave 2nd Floor<br>Lake Success NY 11042-2060 | Harry Friedberg<br>IRA Rollover<br>Penson Financial Services Inc Custodian<br>1981 Marcus Ave 2nd Floor<br>Lake Success NY 11042-2060 |
| Internal Revenue Service<br>Centralized Insolvency Office<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | J. Pete Laney<br>Law Offices of J. Pete Laney<br>1122 Colorado St., Ste 111<br>Austin, TX 78701-2101 | James Britton Rodgers<br>IRA Rollover<br>Penson Financial Services Inc Custodian<br>1981 Marcus Ave 2nd Floor<br>Lake Success NY 11042-2060 |

| | | |
|---|---|---|
| Jeffrey D Lavaty<br>5477 Carter Rd<br>Lake Mary FL 32746 | Jeffrey S Weiss<br>419 Weymouth Drive<br>Wyckoff NJ 07481-1213 | John Glade<br>IRA<br>Penson Financial Services Inc Custodian<br>1981 Marcus Ave 2nd Floor<br>Lake Success NY 11042-2060 |
| John Glade<br>IRA Rollover<br>Penson Financial Services Inc Custodian<br>1981 Marcus Ave 2nd Floor<br>Lake Success NY 11042-2060 | John Gorman IV<br>5404 Maryanna Drive<br>Austin, TX 78746-1226 | John Gorman V Roth IRA<br>John Gorman IV, Custodian Roth IRA Rollo<br>5404 Maryanna Drive<br>Austin, TX 78746-1226 |
| John J Gorman<br>5404 Maryanna Drive<br>Austin, TX 78746-1226 | John J Gorman IV<br>Roth IRA #2<br>5404 Maryanna Drive<br>Austin, TX 78746-1226 | John J Gorman IV<br>Roth IRA #3<br>5404 Maryanna Drive<br>Austin, TX 78746-1226 |
| John Joseph Gorman Exempt TR<br>5404 Maryanna Drive<br>Austin, TX 78746-1226 | John Rafaek Revocable Trust<br>5 Columbine Lane<br>Valley Stream NY 11581-1711 | John S Randolph<br>5706 Merrywing Circle<br>Austin TX 78730-1434 |
| John S Randolph<br>IRA Rollover<br>Penson Financial Services Inc Custodian<br>1981 Marcus Ave., 2nd Floor<br>Lake Success NY 11042-2060 | K. Tyler O'Connell<br>Landis Rath & Cobb<br>919 Market Street<br>Suite 1800<br>Wilmington, DE 19801-3033 | Merlin Group Holdings, LLC<br>101 California Street, Suite 3050<br>San Francisco, CA 94111-5869 |
| Michael Fellus and Joshua Fellus<br>3 Filomena Ct.<br>Dix Hills NY 11746-4750 | Michael J Tannenholtz<br>250 West 54th St Suite 703<br>New York NY 10019-5515 | Michael Rafael 2008 Trust<br>5 Columbine Lane<br>Valley Stream NY 11581-1711 |
| Michael W. McDermott<br>Suzanne H. Holley<br>Berger Harris LLP<br>1105 N. Market St., 11th Floor<br>Wilmington, DE 19801-1216 | Michael Wolf<br>201 Lavaca St #412<br>Austin TX 78701-3975 | Michael Wolf<br>IRA Rollover<br>Penson Financial Services Inc Custodian<br>1981 Marcus Ave 2nd Floor<br>Lake Success NY 11042-2060 |
| Morgan Lewis Bockius LLP<br>101 Park Avenue<br>New York, NY 10178-0060 | Neil B. Glassman<br>222 Delaware Ave., Ste. 900<br>Wilmington, DE 19801-1611 | NetJets, Inc.<br>4111 Bridgeway Ave.<br>Columbus, OH 43219-1882 |
| Odette Fellus<br>3 Filomena Ct.<br>Dix Hills NY 11746-4750 | Odette Fellus Cust. for Daniel Fellus<br>UTMA<br>3 Filomena Ct.<br>Dix Hills NY 11746-4750 | Odette Fellus Cust. for Gabriel Fellus<br>UTMA<br>3 Filomena Ct.<br>Dix Hills NY 11746-4750 |
| Odette Fellus Cust. for Rachael Fellus<br>UTMA<br>3 Filomena Ct.<br>Dix Hills NY 11746-4750 | Pershing LLC<br>PO Box 2050<br>Jersey City, NJ 07303-2050 | RBC Dain Rauscher Inc<br>510 Marquette Ave<br>Minneapolis MN 55402-1115 |

| | | |
|---|---|---|
| Regions Bank<br>Lake Point<br>11500 Bee Caves Road, Suite 150<br>Austin, TX 78738-5544 | Richard J Tanaka &<br>Kathleen K Tanaka JT TEN<br>1015 Finnsbury Dr<br>Roswell GA 30075-1244 | Richards Layton & Finger PA<br>920 King Street<br>Wilmington DE 19801-3301 |
| Robert Halder<br>4203 Lakeway Blvd.<br>Austin, TX 78734-5020 | Robert Halder<br>IRA Rollover<br>Penson Financial Services Inc Custodian<br>1981 Marcus Ave., 2nd Floor<br>Lake Success NY 11042-2060 | Robert L Clement<br>1504 Marshall Lane<br>Austin TX 78703-3409 |
| Robert W McDonald CUST<br>Robert W McDnald UV UGMA TX<br>2110 A Boca Raton Dr Ste 206<br>Austin TX 78747-1671 | Robert W McDonald III CUST<br>Zachary Clark McDonald UGMA TX<br>2110 A Boca Raton Dr Ste 206<br>Austin, TX 78747-1671 | Ryleigh Gorman Exempt Trust<br>5404 Maryanna Drive<br>Austin TX 78746-1226 |
| Ryleigh H Gorman Roth IRA<br>John Gorman IV, Custodian Roth IRA Rollo<br>5404 Maryanna Drive<br>Austin, TX 78746-1226 | SNL Securities LP<br>212 7th St NE<br>Charlottesville VA 22902-5307 | Samantha Halder<br>Roth IRA<br>Penson Financial Services Inc Custodian<br>1981 Marcus Ave, 2nd Floor<br>Lake Success, NY 11042-2060 |
| Samir Shah<br>272 Blackberry Drive<br>Stamford CT 06903-1238 | Sandy Mayerson & Manuel Mayerson JTTEN<br>136 E 64th St #11E<br>New York, NY 10065-7380 | Shannon H. Ratliff<br>Michael L. Navarre<br>Ratliff Law Firm PLLC<br>600 Congress Ave., Suite 3100<br>Austin, TX 78701-2984 |
| Sherleigh Associates Inc Profi Plan<br>Jack Silver Trustee<br>920 5th Ave #3B<br>New York, NY 10021-4162 | Sophia Halder<br>Roth IRA<br>Penson Financial Services Inc Custodian<br>1981 Marcus Ave 2nd Floor<br>Lake Success NY 11042-2060 | Steven A Audi<br>147 W 79th St Apt 4D<br>New York NY 10024-6448 |
| Tara Rafael 2005 Trust<br>5 Columbine Lane<br>Valley Stream NY 11581-1711 | Terrance Ford<br>12022 Winwood Lane<br>Houston TX 77024-5014 | The Inglehart Family Trust DTD<br>William A Inglehart TTE<br>5404 Maryanna Drive<br>Austin, TX 78746-1226 |
| Thomas J Alfuth<br>224 Agusta Way<br>North Prairie WI 53153-9613 | Timothy R. Martin<br>9226 Jollyville Rd #151<br>Austin TX 78759-7461 | Uncle Bob's Storage<br>9706 Manchaca<br>Austin, TX 78748-6209 |
| United States Trustee<br>903 San Jacinto, Suite 230<br>Austin, TX 78701-2450 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | William G Clark<br>7 Fieldview Lane<br>Califon NJ 07830-3032 |
| WilmerHale<br>60 State Street<br>Boston, MA 02109-1857 | Stephen A. Roberts<br>Strasburger & Price, LLP<br>720 Brazos Street<br>Suite 700<br>Austin, TX 78701-2531 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)John S. Randolph<br>5706 Merrywing Circle<br>Austin TX 78730-1434 | (d)Michael Wolf<br>201 Lavaca Street #412<br>Austin, TX 78701-3975 | End of Label Matrix<br>Mailable recipients  88<br>Bypassed recipients   2<br>Total                90 |