EFiled: Sep 08 2015 04:28PM EDT
Transaction ID 57830962
Case No. 11482-

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| AVERY MARTIN, BRITT RODGERS, JOHN GLADE, AND MIKE WOLF, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. _____ |
| v. | ) ) | |
| WESTECH CAPITAL CORP., a Delaware Corporation, | ) ) ) | |
| Defendant. | ) | |

## VERIFIED COMPLAINT PURSUANT TO 8 *DEL. C.* § 211

Plaintiffs Avery Martin, Britt Rodgers, John Glade, and Mike Wolf (the "Plaintiffs"), by and through undersigned counsel, state and allege against Defendant Westech Capital Corp.("Westech") as follows:

### BACKGROUND

1. Plaintiffs make this application as stockholders of Westech seeking an order summarily compelling Westech to hold an annual stockholders' meeting pursuant to 8 *Del. C.* § 211(c) ("Section 211").

2. Westech has not held an annual meeting for a period of more than 13 months since its last annual meeting.

### PARTIES

3. Plaintiffs are each preferred stockholders of Westech.

4. Westech is a Delaware corporation. Westech's registered agent for service of process in Delaware is the Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

## FACTS

5. Westech is a holding company founded in 1994 which became a public company in 2001. It has one primary operating subsidiary.

6. There has been no annual meeting of Westech's stockholders for a period of more than 13 months. Westech's last annual meeting took place on September 17, 2013.

7. On April 9, 2015, Plaintiffs sent letters to Westech formally requesting that an annual meeting take place.

8. Westech has failed to designate the time or place for the next annual meeting.

9. Plaintiffs have no adequate remedy at law.

## COUNT I

10. Plaintiffs hereby adopt and incorporate as if fully set forth herein the allegations contained in paragraphs 1 through 9 above.

11. Section 211(c) empowers this Court to "summarily order a meeting to be held upon the application of any stockholder…"

12. It has been in excess of a period of 13 months since Westech last held an annual meeting.

13. By reason of the foregoing, Plaintiffs are entitled to an order of this Court compelling Westech to hold its annual stockholders' meeting.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order:

A. Pursuant to Section 211, summarily compelling Westech to hold its annual stockholders' meeting;

B. Designating a time and a place for such meeting, the record date for the determination of stockholders entitled to vote, and the form of notice of such meeting;

C. Awarding Plaintiffs their costs and expenses, including reasonable attorneys' fees incurred in the prosecution of this action; and

D. Granting such other and further relief that this Court deems just and proper.

BERGER HARRIS LLP

_[signature]_

Michael W. McDermott (#4434)
Suzanne H. Holly (#4414)
1105 N. Market St., 11th Floor
Wilmington, DE 19801
(302) 655-1140 telephone
(302) 655-1131 fax
mmcdermott@bergerharris.com
sholly@bergerharris.com

Dated: September 8, 2015          *Attorneys for Plaintiffs*

EFiled: Sep 08 2015 04:28PM EDT
Transaction ID 57830962
Case No. 11482-

# IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| AVERY MARTIN, BRITT RODGERS, JOHN GLADE, AND MIKE WOLF, ) ) ) ) Plaintiffs, ) ) v. ) ) WESTECH CAPITAL CORP., ) a Delaware Corporation, ) ) Defendant. ) | C.A. No. _____ |

## VERIFICATION OF AVERY MARTIN

STATE OF __TX__ )
)  ss:
COUNTY OF __TRAVIS__ )

I, Avery Martin, being duly sworn, do hereby depose and state:

1. I am a preferred shareholder of Westech Capital Corporation, the defendant in this action.

2. I have read the foregoing Verified Complaint Pursuant to 8 *Del. C.* § 211(c), which will be filed contemporaneously herewith.

3. The facts alleged therein are true insofar as it relates to my acts and deeds. Upon information and belief, the Verified Complaint is true insofar as it relates to the acts and deeds of other persons.

_____
Avery Martin

SWORN TO AND SUBSCRIBED before me

This ___ day of  2015

_____
Notary Public

My Commission expires: July 27, 2017

TINA SWEETLAND
MY COMMISSION EXPIRES
July 27, 2017

EFiled: Sep 08 2015 04:28PM EDT
Transaction ID 57830962
Case No. 11482-

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| AVERY MARTIN, BRITT RODGERS, JOHN GLADE, AND MIKE WOLF, | ) ) ) ) |
| Plaintiffs, | ) ) C.A. No. _____ |
| v. | ) ) ) |
| WESTECH CAPITAL CORP., a Delaware Corporation, | ) ) ) ) |
| Defendant. | ) |

### VERIFICATION OF BRITT RODGERS

STATE OF Texas )
) ss:
COUNTY OF Travis )

I, Britt Rodgers, being duly sworn, do hereby depose and state:

1. I am a preferred shareholder of Westech Capital Corporation, the defendant in this action.

2. I have read the foregoing Verified Complaint Pursuant to 8 *Del. C.* § 211(c), which will be filed contemporaneously herewith.

3. The facts alleged therein are true insofar as it relates to my acts and deeds. Upon information and belief, the Verified Complaint is true insofar as it relates to the acts and deeds of other persons.

_____
Britt Rodgers

SWORN TO AND SUBSCRIBED before me

This 8 day of September 2015

_____
Notary Public

My Commission expires: July 27 2017



TINA SWEETLAND
MY COMMISSION EXPIRES
July 27, 2017

EFiled: Sep 08 2015 04:28PM EDT
Transaction ID 57830962
Case No. 11482-

# IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| AVERY MARTIN, BRITT RODGERS, JOHN GLADE, AND MIKE WOLF, | ) ) ) ) |
| Plaintiffs, | ) ) C.A. No. _____ |
| v. | ) ) ) |
| WESTECH CAPITAL CORP., a Delaware Corporation, | ) ) ) ) |
| Defendant. | ) |

## VERIFICATION OF JOHN GLADE

STATE OF _Texas_ )
) ss:
COUNTY OF _Travis_ )

I, John Glade, being duly sworn, do hereby depose and state:

1. I am a preferred shareholder of Westech Capital Corporation, the defendant in this action.

2. I have read the foregoing Verified Complaint Pursuant to 8 *Del. C.* § 211(c), which will be filed contemporaneously herewith.

3. The facts alleged therein are true insofar as it relates to my acts and deeds. Upon information and belief, the Verified Complaint is true insofar as it relates to the acts and deeds of other persons.

_____
John Glade

SWORN TO AND SUBSCRIBED before me

This _6_ day of _September_ 2015

_____
Notary Public

My Commission expires: _July 27, 2017_


TINA SWEETLAND
MY COMMISSION EXPIRES
July 27, 2017

EFiled: Sep 08 2015 04:28PM EDT
Transaction ID 57830962
Case No. 11482-

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

AVERY MARTIN, BRITT RODGERS, )
JOHN GLADE, AND MIKE WOLF, )
            Plaintiffs, )   C.A. No. _____
            v. )
WESTECH CAPITAL CORP., )
a Delaware Corporation, )
            Defendant. )

### VERIFICATION OF MIKE WOLF

STATE OF Texas ) 
            ) ss:
COUNTY OF TRAVIS )

I, Mike Wolf, being duly sworn, do hereby depose and state:

1. I am a preferred shareholder of Westech Capital Corporation, the defendant in this action.

2. I have read the foregoing Verified Complaint Pursuant to 8 *Del. C.* § 211(c), which will be filed contemporaneously herewith.

3. The facts alleged therein are true insofar as it relates to my acts and deeds. Upon information and belief, the Verified Complaint is true insofar as it relates to the acts and deeds of other persons.

_____
Mike Wolf

SWORN TO AND SUBSCRIBED before me

This 8 day of September 2015

_____
Notary Public

My Commission expires: July 27, 2017



TINA SWEETLAND
MY COMMISSION EXPIRES
July 27, 2017

EFiled: Sep 08 2015 04:28PM EDT
Transaction ID 57830962
Case No. 11482-

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| AVERY MARTIN, BRITT RODGERS, JOHN GLADE, AND MIKE WOLF, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. _____ |
| v. | ) ) ) | |
| WESTECH CAPITAL CORP., a Delaware Corporation, | ) ) ) ) | |
| Defendant. | ) | |

### MOTION FOR EXPEDITED PROCEEDINGS

Plaintiffs Avery Martin, Britt Rodgers, John Glade, and Mike Wolf (the "Plaintiffs"), by and through their undersigned counsel, hereby move to expedite proceedings in this action. The grounds for this motion are as follows:

### FACTUAL BACKGROUND

1. Plaintiffs are filing a Verified Complaint Pursuant to 8 *Del. C.* § 211(c) contemporaneously herewith. By the Verified Complaint, Plaintiffs seek an order summarily compelling Westech to hold an annual stockholders' meeting pursuant to 8 *Del. C.* § 211(c) ("Section 211").

2. Westech has not held an annual meeting for a period of more than 13 months.

## ARGUMENT

3. Section 211 is a summary proceeding that by its very nature calls for expedition. *See* 8 *Del. C.* § 211(c); *see also NiSource Capital Markets Inc. v. Columbia Energy Group*, 1999 WL 33318815, at *1 (Del. Ch. June 25, 1999) ("This Court routinely regards actions pursuant to § 211 as summary proceedings, and has in the past heard complaints that rely on § 211 as a reason for expedited consideration.").

4. Plaintiffs request a schedule that allows for the resolution of this matter within 90 days in order to allow for prompt review of this matter.

## CONCLUSION

WHEREFORE, Plaintiffs respectfully request that this Court grant the proposed order expediting this proceeding, and such other and further relief as the Court deems just and proper.

Dated: September 8, 2015         **BERGER HARRIS LLP**

_____
Michael W. McDermott (#4434)
Suzanne H. Holly (#4414)
1105 N. Market St., 11th Floor
Wilmington, DE 19801
(302) 655-1140 telephone
(302) 655-1131 fax
mmcdermott@bergerharris.com
sholly@bergerharris.com

*Attorneys for Plaintiffs*

2

EFiled: Sep 08 2015 04:28PM EDT
Transaction ID 57830962
Case No. 11482-

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| AVERY MARTIN, BRITT RODGERS, JOHN GLADE, AND MIKE WOLF, Plaintiffs, v. WESTECH CAPITAL CORP., a Delaware Corporation, Defendant. | C.A. No. _____ |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXPEDITED PROCEEDINGS

WHEREAS, Plaintiffs Avery Martin, Britt Rodgers, John Glade, and Mike Wolf filed a Verified Complaint Pursuant to 8 *Del. C.* §211(c) and a Motion for Expedited Proceedings; and

WHEREAS, the Court having considered the Motion;

IT IS HEREBY ORDERED this ___ day of _____ 2015, that the Motion is GRANTED.

_____
Vice Chancellor

1

## COURT OF CHANCERY OF THE STATE OF DELAWARE

AVERY MARTIN, BRITT RODGERS, JOHN GLADE, AND MIKE WOLF,

        Plaintiff(s),

vs.

WESTECH CAPITAL CORP.,

        Defendant(s).

Case No.: 11482

AFFIDAVIT OF SERVICE



Received by **D. M. PROFESSIONAL SERVICES** on 09/10/2015 at 11:45 AM to be served upon:

**WESTECH CAPITAL CORP.**

STATE OF DELAWARE
COUNTIES OF NEW CASTLE, SUSSEX, KENT    ss.

I, ROBERT DELACY III, depose and say that:

On **09/10/2015** at **12:10 PM**, I SERVED the within **SUMMONS & COMPLAINT** on **WESTECH CAPITAL CORP.** at **CORPORATION TRUST COMPANY 1209 ORANGE ST., Wilmington, DE 19801** in the following manner:

**CORPORATE SERVICE:** By delivering to and leaving same with **AMY MCLAREN , AUTHORIZED TO ACCEPT SERVICE** So served and authorized to accept service.

Description of person process was left with:

Sex: **Female** - Skin: **Caucasian** - Hair: **Brown** - Approx. Age: **35** - Height: **5'5"** - Weight: **135**

I declare under penalty of perjury that the information contained herein is true and correct and that this affidavit was executed on this ___10___ day of ___September___, 20_15_.

Signed and sworn to before me on this _10th_ day of _September_, 20_15_.

_Thomas M. Marshall_
Notary Public

X _____
ROBERT DELACY III
Special Process Server
D. M. PROFESSIONAL SERVICES
501 SILVERSIDE RD
WILMINGTON, DE 19809
302-792-9695

Law Firm: BERGER HARRIS
Atty File#: - Our File#: 173209

*173209*