**Expedited hearing shall be held on 4/11/2016 at 01:30 PM in Austin Courtroom 1. Movant is responsible for notice.**



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 05, 2016**

_____
TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | § | |
|---|---|---|
| IN RE | § | Case No. 16-10300-tmd |
| | § | |
| WESTECH CAPITAL CORP., | § | Chapter 11 |
| | § | |
| Debtors. | § | |
| | § | |

### ORDER GRANTING DEBTOR'S MOTION FOR EXPEDITED HEARING ON MOTION FOR ENTRY OF AGREED ORDER <u>GRANTING RELIEF FROM THE AUTOMATIC STAY</u>

On this day the Court considered the Debtor's Motion for Expedited Hearing of its Motion for Entry of Order Granting Relief from the Automatic Stay ("Motion"). The Court finds that the Motion should be granted as set forth below.

IT IS THEREFORE, ORDERED that the Debtor's Motion for Entry of Order Granting Relief From the Automatic Stay is scheduled for an expedited hearing on the date and time listed above.

###

Prepared and submitted by:

*/s/ Stephen A. Roberts*
Stephen A. Roberts
SBN 17019200
STRASBURGER & PRICE, LLP
720 Brazos, Suite 700
Austin, TX 78701
512-499-3624
512-499-3660 Fax
Stephen.roberts@strasburger.com

Andrew G. Edson
SBN 24076364
STRASBURGER & PRICE, LLP
901 Main Street, Suite 4400
Dallas, TX, 75202
214-651-2047
214-659-4084
andrew.edson@strasburger.com

**Proposed Bankruptcy Counsel to the Debtor**