

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 12, 2016.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE | § § | Case No. 16-10300-tmd |
| WESTECH CAPITAL CORP., | § § | Chapter 11 |
| Debtors. | § § § | |

**ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF
<u>AGREED ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY</u>**

On this day the Court considered the Debtor's Motion for Entry of Agreed Order Granting Relief from the Automatic Stay ("Motion") pursuant to 11 U.S.C. § 362(d)(1). After consideration of the Motion and any responses, and finding that notice of the Motion was proper, the Court will grant the Motion. It is therefore

ORDERED that the Motion is GRANTED; it is further

ORDERED that the parties may submit the agreed order attached to the Motion in the lawsuit styled *Avery Martin, Britt Rodgers, John Glade, and Mike Wolf v. Westech Capital Corp.*, Case No. 11482, in the Court of Chancery of the State of Delaware (the "Lawsuit"); It is further

ORDERED that the Delaware Chancery Court may enter an agreed order in the Lawsuit that permits the Debtor to hold the annual shareholder meeting; it is further

ORDERED that this Order is a final order and is not subject to the otherwise 14-day stay made applicable by Federal Rule of Bankruptcy Procedure 4001.

###

Prepared and submitted by:

*/s/ Stephen A. Roberts*
Stephen A. Roberts
SBN 17019200
STRASBURGER & PRICE, LLP
720 Brazos, Suite 700
Austin, TX 78701
512-499-3624
512-499-3660 Fax
Stephen.roberts@strasburger.com

Andrew G. Edson
SBN 24076364
STRASBURGER & PRICE, LLP
901 Main Street, Suite 4400
Dallas, TX, 75202
214-651-2047
214-659-4084
andrew.edson@strasburger.com

**Proposed Bankruptcy Counsel
to the Debtor**