**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 29, 2017.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-10300-tmd |
| WESTECH CAPITAL CORP., | § | CHAPTER 11 |
| Debtor. | § | |

### ORDER SETTING STATUS CONFERENCE ON STRASBURGER & PRICE'S OBJECTION TO THE CHAPTER 11 PLAN

On June 29, 2017, a status conference on the chapter 11 plan was held. At the status conference, counsel for the chapter 11 trustee made statements that raised questions about why Strasburger & Price objected to the plan and about its loyalty to its former client; and so the Court finds that Strasburger & Price should have the opportunity to appear to address those questions at a status conference on its objection to the plan.

ACCORDINGLY, IT IS THEREFORE ORDERED that Strasburger & Price, LLP appear on August 3, 2017 at 1:30 p.m. at the United States Bankruptcy Court, Courtroom No. 1, 903 San Jacinto Blvd, Austin, Texas 78701 to discuss its objection to the chapter 11 plan.

# # #